# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| LAW OFFICES OF MARK J. MUFFOLETTO, LLC | ) ) ) |
|      **Plaintiff,** | ) ) |
| v. | )    1:21-cv-00116-DKC ) |
| AMERICAN RECOVERY SERVICE INCORPORATED | ) ) ) |
|      **Defendant.** | ) ) |

## COUNTERCLAIM

COMES NOW Defendant American Recovery Service Incorporated (hereafter "ARSI"), by and through counsel, and pursuant to Rule 13 of the Federal Rules of Civil Procedure hereby states its Counterclaim against Law Offices of Mark J. Muffoletto, LLC as follows.

1. Defendant and Counterclaim Plaintiff American Recovery Service Incorporated (hereafter "ARSI") is a California corporation registered to do in business in Maryland and seeking in excess of $75,000.

2. Plaintiff and Counterclaim Defendant Law Offices of Mark J. Muffoletto, LLC is a registered Maryland limited liability company which does business in Maryland.

3. Law Offices of Mark J. Muffoletto, LLC was formed on June 20, 2001 and registered on June 21, 2001. *See* Exhibit A.

4. Law Offices of Mark J. Muffoletto, LLC entered forfeiture on October 2, 2009 for failing to file property return for 2008.

5. Law Offices of Mark J. Muffoletto, LLC did not file Articles of Reinstatement until November 3, 2010. *See* Exhibit B.

6. Law Offices of Mark J. Muffoletto, LLC entered forfeiture a second time on October 1, 2012 for failing to file property return for 2011.

7. Amos & Muffoletto, LLC was formed on June 18, 2011. *See* Exhibit C.

8. Amos & Muffoletto, LLC changed its name to Amos, Muffoletto & Mack, LLC effective April 1, 2016. *See* Exhibit D.

9. ARSI entered into a contract entitled Forwarding Attorney Agreement dated September 13, 2017 with non-party Amos, Muffoletto & Mack, LLC.

10. Amos, Muffoletto & Mack, LLC filed to change its name to Amos & Muffoletto, LLC on or about December 29, 2017, which was effective as of January 1, 2018. *See* Exhibit E.

11. Law Offices of Mark J. Muffoletto, LLC did not file (second) Articles of Reinstatement until June 9, 2020. *See* Exhibit F.

12. Amos & Muffoletto, LLC remains an existing Maryland entity that is still operating and has a Certificate of Good Standing as of January 7, 2021. *See* Exhibit G (certified copy of the Certificate of Good Standing).

13. Law Offices of Mark J. Muffoletto, LLC and Amos & Muffoletto, LLC have always been and remain separate corporate entities.

14. The charter number for Law Offices of Mark J. Muffoletto, LLC is W06362289.

15. The charter number for Amos & Muffoletto, LLC is W14176606.

16. Law Offices of Mark J. Muffoletto, LLC cannot be and is not a successor to the extant law firm Amos & Muffoletto, LLC.

17. Section 20.3 of the Forwarding Attorney Agreement governs assignments, which are not permitted without prior written consent.

18. No assignment was ever sought by Amos & Muffoletto, LLC.

19. No assignment was consented to ARSI at any time, much less prior to June 30, 2020.

20. Mark J. Muffoletto of Law Offices of Mark J. Muffoletto, LLC sent an email on June 30, 2020 at 6:31 p.m. to various employees of ARSI that stated verbatim in pertinent part:

> As many of you know, our family law department is now Of Counsel and we have resumed using our former name. Our firm Name is once again, Law Offices of Mark J. Muffoletto, LLC. Please change our name in your systems and advise if you need the Tax ID again.
>
> All contact information, distribution lists and collection personnel remain the same.

21. A copy of the June 30, 2020 email from Mark J. Muffoletto to ARSI employees is attached as Exhibit H.

## **Count I - Actual Fraud**

22. ARSI incorporates by reference Paragraphs 1 - 21 as if fully set forth here.

23. Law Offices of Mark J. Muffoletto, LLC misrepresented itself as being the same entity as Amos & Muffoletto, LLC with a change of name when in fact it is a different entity, with a different charter number, and with a different tax identification number.

24. Law Offices of Mark J. Muffoletto, LLC knew that it was false to portray itself as the same entity as Amos & Muffoletto with a change of name.

25. Law Offices of Mark J. Muffoletto, LLC intended to mislead ARSI by sending the email of June 30, 2020 at 6:31 p.m. to various employees of ARSI.

26. Law Offices of Mark J. Muffoletto, LLC intended ARSI to rely upon the misrepresentation in the email of June 30, 2020 at 6:31 p.m. to various employees of ARSI.

27. ARSI relied upon the fraudulent email and believed it to be true.

28. ARSI was reasonable to rely upon the false statement because it had a relationship for years with Mark J. Muffoletto and expected its lawyer to be honest and forthright.

29. Furthermore, Mark J. Muffoletto is a licensed Maryland attorney who had a legal duty under Maryland Attorneys' Rules of Professional Conduct Rule 19-304.1 not to make the false representation at issue.

30. As a direct result of the reliance upon the fraudulent email ARSI treated Law Offices of Mark J. Muffoletto, LLC as the successor to Amos & Muffoletto, LLC.

31. Law Offices of Mark J. Muffoletto, LLC transferred a services contract to itself by deception by representing that a completely different entity was the same as the contracting one, operating under a new name.

32. As a result of the fraudulent email ARSI allowed Law Offices of Mark J. Muffoletto, LLC as of July 1, 2020 to retain money for several months under a contingent fee arrangement for which there was no written express contract.

33. A licensed Maryland attorney is required to have a written agreement that is signed by the client for any contingency fee work pursuant to Maryland Attorneys' Rules of Professional Conduct Rule 19-301.5(c).

34. ARSI seeks to protect all of its clients by ensuring that collection attorneys handling claims are fully complying with a host of laws, including the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, and the Telephone Consumer Protection Act.

35. A written contract requiring such compliance is essential to ARSI.

36. ARSI would never work with an attorney without an express written contract.

37. ARSI strives to properly and accurately track and report all funds paid for federal and state tax purposes.

38. ARSI would never intentionally pay funds to one entity that were reported to be paid to a different entity.

39. As a result of the fraudulent email Law Offices of Mark J. Muffoletto, LLC illicitly obtained and/or withheld several months of contingency fees from ARSI without an express written contract.

40. As a result of the fraudulent email Law Offices of Mark J. Muffoletto, LLC has defrauded ARSI in excess of $153,000 as of mid-December 2020.

41. All funds illicitly obtained and/or withheld by Law Offices of Mark J. Muffoletto, LLC through the present should be disgorged and returned to ARSI.

## Count II - Declaratory Judgment

42. ARSI incorporates by reference Paragraphs 1 - 41 as if fully set forth here.

43. The Declaratory Judgment Act, 28 U.S.C. § 2201, states that a "court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party in seeking such declaration…."

44. ARSI seeks an affirmative declaration that Law Offices of Mark J. Muffoletto, LLC is not a party to, or a successor to a party to, the Forwarding Attorney Agreement dated September 13, 2017 between ARSI and "Amos, Muffoletto & Mack, LLC or its Successors, such that ARSI does not owe any duties pursuant to the Forwarding Attorney Agreement to Law Offices of Mark J. Muffoletto, LLC now or going forward.

## Count III - Declaratory Judgment in the Alternative

45. ARSI incorporates by reference Paragraphs 1 - 44 as if fully set forth here.

46. If the Court nevertheless rules that Law Offices of Mark J. Muffoletto, LLC is a party to the Forwarding Attorney Agreement dated September 13, 2017 ARSI seeks an affirmative declaration that Section 11.3 of the Forwarding Attorney Agreement dated September 13, 2017 prohibits the assertion of an attorney's lien and limits any compensation as follows:

11.3 **Commissions on Recalled Claims.** If a forwarded Claim is recalled by ARSI prior to completion of collection by Law Firm (pursuant to the terms herein), Law Firm shall only be entitled to be paid a commission on payments received by Law Firm or by ARSI, in accordance with the Fee Schedule, up to the date of recall. Beyond that, Law Firm shall not be entitled to any compensation based on *quantum meruit* or any other legal or equitable claims against ARSI.

WHEREFORE American Recovery Service Incorporated seeks a judgment against Law Offices of Mark J. Muffoletto, LLC in the amount of all funds illicitly obtained and/or withheld since July 1, 2020, pre-judgment interest, post-judgment interest, court costs, declaratory relief as set forth above, and for all other relief that the Court deems fair and just.

## JURY TRIAL REQUESTED

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff requests that triable issues be tried before a jury.

Dated: January 26, 2021                 Respectfully submitted,

/s/ Mikhael D. Charnoff
Mikhael D, Charnoff, MD No. 17744
PERRY CHARNOFF, PLLC
1010 N. Glebe Road, Suite 310
Arlington, Va. 22201
Tel.: 703-291-6650
Fax: 703-563-6692
mike@perrycharnoff.com
*Counsel for Defendant and
Counterclaim Plaintiff*

/s/ Manuel H. Newburger
Manuel H. Newburger
D. MD Bar No. 08384
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731

(512) 659-4022
Fax: (512) 279-0310
mnewburger@bn-lawyers.com
*Counsel for Defendant and*
*Counterclaim Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Mikhael D. Charnoff
Mikhael D. Charnoff, MD No. 17744
PERRY CHARNOFF, PLLC
1010 N. Glebe Road, Suite 310
Arlington, Va. 22201
Tel.: 703-291-6650
Fax: 703-563-6692
mike@perrycharnoff.com
*Counsel for Defendant and*
*Counterclaim Plaintiff*