Exhibit C to the Counterclaim

Acknowledgement Number: 1000362001916685

# STATE OF MARYLAND
## Department of Assessments and Taxation

I, Michael L. Higgs, Director of the State Department of Assessments and Taxation, hereby certify that the attached document, consisting of 3 pages, inscribed with the same Authentication Code, is a true copy of the public record of the

**ARTICLES OF ORGANIZATION-DOMESTIC LLC**

for

**AMOS & MUFFOLETTO, LLC**

(Department ID: **W14176606**)

I further certify that this document is a true copy generated from the online service with the State Department of Assessments and Taxation.

In witness whereof, I have hereunto subscribed my signature and affixed the seal of the State Department of Assessments and Taxation of Maryland at Baltimore on this January 07, 2021.

Michael L. Higgs
Director



*301 West Preston Street, Baltimore, Maryland 21201*
*Telephone Baltimore Metro (410) 767-1344 / Outside Baltimore Metro (888) 246-5941*
*MRS (Maryland Relay Service) (800) 735-2258 TT/Voice*

Online Certificate Authentication Code: YJP0wvRKlEKpujNlZLWqWg
To verify the Authentication Code, visit http://dat.maryland.gov/verify

Acknowledgment Number: 1000362001916685

# CORPORATE CHARTER APPROVAL SHEET
## **EXPEDITED SERVICE**  ** KEEP WITH DOCUMENT **

DOCUMENT CODE _40_   BUSINESS CODE _20_

\# _____

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

_____

_____

Surviving (Transferee) _____

_____

_____

```
1000362001916685

/ ID # W14176606 ACK # 1000362001916685
  PAGES: 0003
  AMOS & MUFFOLETTO, LLC


  06/18/2011  AT 10:30 A WO # 0003824671
```

New Name _____

_____

### FEES REMITTED

| | |
|---|---|
| Base Fee: | _100_ |
| Org. & Cap. Fee: | |
| Expedite Fee: | _50_ |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| Certified Copies | |
| Copy Fee: | |
| Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | |
| Other: | |
| **TOTAL FEES:** | _150_ |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
        and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name
_____

_____ Other Change(s)
_____
_____

Credit Card _✓_   Check _____   Cash _____

_____ Documents on _____ Checks

Approved By: _15_

Keyed By: _____

COMMENT(S):

Code _____

Attention: _____

Mail: Name and Address

MARK J. MUFFOLETTO, ESQ.
STE 102
ELLICOTT CITY MD 21043

---

Stamp Work Order and Customer Number HERE

```
CUST ID:0002608091
WORK ORDER:0003824671
DATE:06-23-2011 06:35 PM
AMT. PAID:$150.00
```

# ARTICLES OF ORGANIZATION

## OF

## Amos & Muffoletto, LLC

The undersigned, being authorized to execute and file these Articles, hereby certify that:

FIRST: The name of the limited liability company (hereinafter referred to as the "Company") is:

## Amos & Muffoletto, LLC

SECOND: The purposes for which the Company is formed are:

1. To engage in the practice of law and provide legal representation to public, private and government sectors.

2. To have and to exercise all powers now or hereafter conferred by the laws of Maryland upon Limited Liability Companies organized pursuant to the general laws under which the Company is organized and to any and all acts amendatory thereof or supplemental to.

3. To engage in any other activity allowed by law.

THIRD: The principal office of the Company in this State is :

3201 Rogers Avenue, Suite 203
Ellicott City, MD 21043

FOURTH: The name and address of the Resident Agent is :

Mark J. Muffoletto
3201 Rogers Avenue, Suite 203
Ellicott City, MD 21043

SIXTH: Pursuant to Section 4a-401(a)(3) of the Maryland Limited Liability

CUST ID: 0002608091
WORK ORDER: 0003824671
DATE: 06-23-2011 06:35 PM
AMT. PAID: $150.00

Page 1 of 2

Acknowledgment Number: 1000362001916685

From: Mark J. Muffoletto Law Offices of Mark J. Muffoletto, LLC 410-465-9330 Date: 6/18/2011 Time: 8:52:28 AM Page: 3 of 3

Company Act, no member of the Company shall be an agent of the Company solely by virtue of being a member, and no member shall have authority to act for the Company solely by virtue of being a member.

IN WITNESS WHEREOF, I have signed these Articles of Organization and acknowledge them to be my act this _18th_ day of _June_, 20_11_.

_____
Mark J. Muffoletto

### CONSENT OF RESIDENT AGENT

I HEREBY CONSENT TO ACT AS RESIDENT AGENT IN MARYLAND FOR THE ENTITY NAMED IN THE FOREGOING ARTICLES OF ORGANIZATION.

_____
Mark J. Muffoletto