Exhibit A to the Counterclaim



ARTICLES OF ORGANIZATION

OF

LAW OFFICES

OF

MARK J. MUFFOLETTO, LLC

JUN 2 1 2001

The undersigned, being authorized to execute and file these Articles, hereby certify that:

FIRST: The name of the limited liability company (hereinafter referred to as the "Company") is:

## LAW OFFICES OF MARK J. MUFFOLETTO, LLC

SECOND: The purposes for which the Company are formed are:

1. To provide professional legal services.

2. To have and to exercise all powers now or hereafter conferred by the laws of Maryland upon Limited Liability Companies organized pursuant to the general laws under which the Company is organized and to any and all acts amendatory thereof or supplemental to.

3. To engage in any other activity allowed by law.

THIRD: The principal office of the Company in this State is:

    4872 Montgomery Road
    Ellicott City, MD 21043

FOURTH: The name and address of the Resident Agent is:

    Mark J. Muffoletto, Esq.
    4872 Montgomery Road
    Ellicott City, MD 21043





Page 1 of 2

SIXTH:   Pursuant to Section 4a-401(a)(3) of the Maryland Limited Liability Company Act, no member of the Company shall be an agent of the Company solely by virtue of being a member, and no member shall have authority to act for the Company solely by virtue of being a member.

IN WITNESS WHEREOF, I have signed these Articles of Organization and acknowledged them to be my act this 20th day of June, 2001.

/s/ Mark J. Muffoletto
Mark J. Muffoletto, Esq.

STATE OF MARYLAND, Baltimore CITY/COUNTY, TO WIT:

I HEREBY CERTIFY, that on this 20th day of June, 2001, before me, the subscriber, a Notary Public of the State and City/County aforesaid, personally appeared Mark J. Muffoletto, who made oath in due form of law that the foregoing document was executed for the purposes therein contained.

AS WITNESS my hand and Notarial Seal.

/s/ Notary
Notary Public

My Commission Expires:
4/1/04

I HEREBY CONSENT TO ACT AS RESIDENT AGENT IN MARYLAND FOR THE ENTITY NAMED IN THE FOREGOING ARTICLES OF ORGANIZATION.

/s/ Mark J. Muffoletto
Mark J. Muffoletto, Esq.

** KEEP WITH DOCUMENT

STATE OF MARYLAND
ASSESSMENTS AND TAXATION
CUST ID:0000666491
WORK ORDER:0000467150
DATE:06-26-2001 10:55 AM
AMT. PAID:$50.00

DOCUMENT CODE __40__   BUSINESS CODE __20__

#_____

Close_____   Stock_____   Nonstock_____

P.A._____   Religious_____

Merging (Transferor)_____

_____

_____

_____

ID # W06362289  ACK # 1000350047000000
LIBER: B00270 FOLIO: 0074 PAGES: 0003
LAW OFFICES OF MARK J. MUFFOLETTO, LLC

06/21/2001  AT 02:24 P  WO # 0000467150

#### FEES REMITTED

Base Fee: __50__
Org. & Cap. Fee: _____
Expedite Fee: _____
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
_____ Certified Copies: _____
Copy Fee: _____
_____ Certificates: _____
Certificate Fee: _____
Other: _____

TOTAL FEES: __50__

(New Name)_____

_____

_____

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
       and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____

Credit Card_____  Check_____  Cash_____

_____ Documents on _____ Checks

APPROVED BY: __002__

KEYED BY: _____

COMMENT(S):

_____ Other Change(s)_____

_____

CODE_____

ATTENTION:_____

MAIL TO ADDRESS:_____

MARK J. Muffoletto, LLC
4872 Montgomery Rd
Ellicott City, MD 21043