IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND

LAW OFFICES OF MARK J.          :
MUFFOLETTO, LLC                 :
                                :
     v.                         :   Civil Action No. DKC 21-116
                                :
AMERICAN RECOVERY SERVICE       :
INCORPORATED                    :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 19th day of March, 2021, by the United States District Court for the District of Maryland, ORDERED that:

1. The motions to seal filed by Plaintiff Law Offices of Mark J. Muffoletto, LLC (ECF No. 16) and by Defendant American Recovery Service Incorporated (ECF No. 21) BE, and the same hereby ARE, DENIED in part and DEFERRED in part;

2. The exhibits will remain under seal, although the contents quoted in the foregoing Memorandum Opinion are not under seal;

3. The motion to remand filed by Plaintiff Law Offices of Mark J. Muffoletto, LLC (ECF No. 14) BE, and the same hereby IS, GRANTED;

4. This case BE, and the same hereby IS, REMANDED to the Circuit Court for Howard County, Maryland;

5. The Clerk is directed to take all necessary steps to effectuate this remand promptly; and

6. The Clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                    /s/
                             DEBORAH K. CHASANOW
                             United States District Judge